### McMAHAN v. MITCHELL.

On the evidence as a whole and the unmistakable merits of the controversy, the verdict of the jury was correct, and although the court may have committed some immaterial errors, the denial of a new trial was also correct. The newly discovered evidence could not rightly change the result.          *Judgment affirmed.*
July 24, 1893.

Ejectment. Before Judge MILNER. Dade superior court. September term, 1892.

W. U. & J. P. JACOWAY and R. J. & J. McCAMY, for plaintiff in error.

McCUTCHEN & SHUMATE and G. & W. HARRIS, contra.

---

SMITH & RAMEY v. THE CLEVELAND, CINCINNATI, CHICAGO AND SAINT LOUIS RAILWAY COMPANY.

<div style="float:right">92 539<br>Case 2<br>L127 325</div>

